UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

JOSEPH BONADIO,

                Plaintiff,           12 **CIVIL** 3421 (VB)

    -against-           **JUDGMENT**

PHH MORTGAGE CORPORATION,
                Defendant.

-----------------------------------------------------------------X

      Whereas Defendant, on May 7, 2013, having moved to dismiss (Doc. #20), and the matter having come before the Honorable Vincent L. Briccetti, United States District Judge, and the Court, on January 13, 2014, having handed down its Memorandum Decision (Doc. #30) granting Defendant's Motion to dismiss, it is,

      **ORDERED, ADJUDGED AND DECREED:** That, for the reasons stated in the Court's Memorandum Decision, dated January 13, 2014, Defendant's Motion to dismiss is granted, Plaintiff's state law claims are dismissed without prejudice, and the Amended Complaint is dismissed; accordingly, the case is closed.

**Dated:** White Plains, New York
          January 13, 2014

                                                           _____
                                                           RUBY J. KRAJICK
                                                          Clerk of Court